

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00584-CV

Hyster-Yale Group, Inc.
v.
Christopher Zieske

On Appeal from the
389th District Court of Hidalgo County, Texas
Trial Court Cause No. C-2586-19-H

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Each party shall bear their own costs relating to this appeal. Furthermore, appellants are fully and finally released and discharged from their obligations under the supersedeas bond. Accordingly, any surety on the supersedeas bond is RELEASED.

We further order this decision certified below for observance.

May 30, 2024